1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

ABOULISSAN,                          :

        Plaintiff,         :     03-CV-6214 (CBA)

        v.                 :     U.S. Courthouse
                                 Brooklyn, N.Y.
UNITED STATES OF AMERICA,            :

        Defendant.         :     TRANSCRIPT OF PROCEEDINGS
                                 May 12, 2006
- - - - - - - - - - - - - - - X     Four o'clock p.m.

BEFORE:

    HONORABLE CAROL B. AMON, U.S.D.J.


APPEARANCES:

For the Plaintiff:      ROBIN SMITH, ESQ.


For the Defendant:      SUSAN CORKERY, ESQ.
                        Asst. U.S. Attorney


Court Reporter:         Holly Driscoll, CSR
                        225 Cadman Plaza East
                        Brooklyn, New York   11201
                        (718) 260-2469


Proceedings recorded by mechanical stenography, transcript produced by Computer-Assisted Transcript.

1   THE CLERK: Aboulissan versus United States.

2   THE COURT: Mr. Hochbaum, I had just asked you to
3   come because you were here anyway and it tangentially relates
4   to you.

5   MR. HOCHBAUM: Now I understand. Vanessa didn't
6   tell me why.

7   THE COURT: It is not her fault, it was because I
8   wasn't sure whether you were the counsel that was involved.
9   Now when I went back and checked my file I found out that you
10  are.

11  MR. HOCHBAUM: Yes.

12  THE COURT: Now, we have Ms. Smith.

13  MS. SMITH: That's me, Your Honor.

14  THE COURT: And Ms. Corkery.

15  MS. CORKERY: Good afternoon, Your Honor.

16  THE COURT: And this is Mr. Aboulissan?

17  MS. SMITH: Yes, it is.

18  THE COURT: I take it for other reasons that this
19  had kind of fallen through the cracks, I wanted to make sure
20  it was clear to me he was out of custody but he still wishes
21  to pursue this at this point in time.

22  MS. SMITH: He does because of deportation issues.
23  I can give you further detail about that.

24  THE COURT: Okay. Well, I mean is he on any kind of
25  supervised release term at the present time?

1    MS. SMITH:  No, not anymore.

2    THE COURT:  Okay.  It seems like to me that the
3    simplest way to resolve -- one of the issues, Mr. Hochbaum, as
4    you may know, is that Mr. Aboulissan had contended that he
5    requested that you file a notice of appeal and that you didn't
6    do it and there were certain checks and things that had been
7    attached to it.  You filed affidavits in the past but I think
8    a simpler way to deal with this is simply to have a hearing on
9    that issue.

10   I take it the government recognizes that the failure
11   to file an appeal is a problem even if there's a waiver under
12   Campusano?

13   MS. CORKERY:  Correct.

14   THE COURT:  I think the simplest way to deal with it
15   is to have just a short hearing on that issue which would
16   permit the Court to resolve it and now that Mr. Aboulissan is
17   still here and that Mr. Hochbaum is available, I don't want to
18   put Mr. Hochbaum on the spot doing this today, I'm sure he
19   would need to review the file and his records and as well
20   Mr. Aboulissan may want to review what he might have in this
21   regard.  So, what I would like to do is just set this down for
22   a hearing on that issue.

23   MS. CORKERY:  That's fine but before we would do
24   that I just want to clarify that Your Honor has found that in
25   fact the petition is timely, whether it be pursuant to 2255, 4

4

1  or that somehow equitable tolling factors somehow --
2          THE COURT: We'll deal with all of those issues. I
3  think sometimes cases can be reserved on alternative grounds.
4          MS. CORKERY: I understand. Perhaps it might be
5  more expedient to cut to the chase as they say.
6          THE COURT: Right or we can have an alternative
7  ground as well for someone who seeks to look at it as well
8  afterwards. I think I'd just like to set it down for a
9  hearing on that issue.
10         Are the parties available on like the 1st of June?
11         MR. HOCHBAUM: That's dependent on my trial with
12 Judge Block which is supposed to start May 30th. I suspect it
13 is not going but --
14         THE COURT: How long is it supposed to be,
15 Mr. Hochbaum?
16         MR. HOCHBAUM: Judge, the interesting thing about it
17 is that there are nine defendants, nobody has pled but the
18 government is convinced everybody will be pleading. There's
19 been extraditions from Colombia, there's a thousand hours of
20 tapes, so if it actually goes it will be two or three weeks
21 but --
22         THE COURT: When are you going to know?
23         MR. HOCHBAUM: That's a good question, Judge.
24         THE COURT: Are you available on Fridays?
25         MR. HOCHBAUM: I would presume that Judge Block will

HOLLY DRISCOLL, CSR
OFFICIAL COURT REPORTER

```
 1  not work on Fridays.
 2          THE COURT:  Then that's a much simpler solution, can
 3  we put it down for Friday, June 2nd.
 4          MS. CORKERY:  That's fine, Judge.
 5          MS. SMITH:  That will be fine.
 6          THE COURT:  We will do it at 2:00.
 7          MS. CORKERY:  Fine, Judge.
 8          MS. SMITH:  That's fine.
 9          THE COURT:  Okay.  Thank you.
10          MS. SMITH:  Thank you.
11          (End of proceedings.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```